**PINILIS HALPERN, LLP**
GABRIEL H. HALPERN (GH 5395)
237 South Street
Morristown, New Jersey 07960
Telephone  (973) 401-1111
Facsimile  (973) 401-1114

**STEPHEN M. GAFFIGAN, P.A.**
STEPHEN M. GAFFIGAN (SG 2566)
312 S.E. 17th Street, Second Floor
Ft. Lauderdale, Florida 33316
Telephone  (954) 767-4819
Facsimile  (954) 767-4821

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHANEL, INC.,  )<br>a New York Corporation,  )<br>  )<br>            Plaintiff,  )<br>     vs.  )<br>  )<br>**ALINA GORDASHEVSKY,**  )<br>a/k/a ALINA GORDASHEVSKAYA and )<br>**THOMAS LIQUOR**I  )<br>individually and jointly,  )<br>d/b/a ITALAMODA.COM d/b/a  )<br>CHICK-CHICK-STORE.COM d/b/a  )<br>ELECTROFASHION.NET d/b/a  )<br>BIDREPLICA.COM d/b/a  )<br>ACCESSORIZENMORE.COM,  )<br>**EVAN COHEAAN a/k/a ETHAN**  )<br>**COHEN and**  )<br>**OURI GALILI and SARA GALILI,**  )<br>individually and jointly, d/b/a  )<br>EDESIGNERHANDBAGS.NET d/b/a  )<br>WORLDBAGSEXPRESS.COM d/b/a  )<br>HANDBAGS PLUS d/b/a  )<br>ACCESSORIESPLUS1.COM d/b/a  )<br>CELLSEEK INTERNATIONAL,  )<br>**CELL SEEK CORP.,** a New York  )<br>corporation, d/b/a CELL SEEK  )<br>INTERNATIONAL d/b/a HANDBAGS  )<br>PLUS d/b/a WORLDBAGSEXPRESS.COM) | CASE NO.  05-5270 (RBK)<br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL** |

```
EDESIGNERHANDBAGS.NET d/b/a      )
ACCESSORIESPLUS1.COM             )
and DOES 1-10,                   )
                                 )
              Defendants.        )
_____)
```

  Plaintiff, CHANEL, INC., hereby voluntarily dismisses Vincent Santo and Hand Bags Plus, Inc., a New York Corporation, without prejudice.

  DATED this   29th   day of November, 2005.

              Respectfully submitted,

              PINILIS HALPERN, LLP
              Attorneys for Plaintiff


         By:   /s/ Gabriel H. Halpern
            GABRIEL HALPERN