IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CHANEL, INC., | : |
| Plaintiff, | : |
| v. | : Civil No. 05-5270 (RBK) |
| ALINA GORDASHEVSKY, et als., | : |
| Defendants. | : |

## JUDGMENT

THIS MATTER having come before the Court upon motion by Plaintiff Chanel, Inc. for a default judgment of its claims against Defendants Alina Gordashevsky, Ouri Galili, Sara Galili, and Cell Seek Corporation pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure; and the Court having considered the moving papers and there being no opposition thereto; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY ORDERED that Plaintiff's motion for default judgment is **GRANTED**, and judgment is entered in favor of Plaintiff Chanel, Inc. and against Defendant Gordashevsky in the amount of $316,620.00 in statutory damages; attorney's fees in the amount of $3,792.50, investigative fees in the amount of $4,197.75, and costs in the amount of $138.29, and judgment is entered in favor of Plaintiff Chanel, Inc. and against Defendants Ouri Galili, Sara Galili, and Cell Seek Corporation in the amount of $3,792.50 in attorney's fees; investigative fees in the amount of $2,164.95; and costs in the amount of $376.56.

IT IS FURTHER ORDERED that Plaintiff has ten days to submit a proposed form

of order, as required by Local Rule 7.1(e), concerning the injunctive relief sought.


DATE: 1/29/2007                                             s/Robert B. Kugler
                                                                                  ROBERT B. KUGLER
                                                                                   U.S. DISTRICT JUDGE