IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CHANEL, INC., | : |
| Plaintiff, | : |
| v. | : Civil No. 05-5270 (RBK) |
| | : **JUDGMENT** |
| ALINA GORDASHEVSKY, et als., | : |
| Defendants. | : |

THIS MATTER having come before the Court upon motion by Plaintiff Chanel, Inc. for default judgment on its claims against Defendant Evan Coheann a/k/a Ethan Cohen ("Defendant Coheann") pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure; and the Court and the Court having considered the moving papers and there being no opposition thereto; and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Plaintiff's motion for default judgment is **GRANTED** and judgment is entered in favor of Plaintiff Chanel, Inc. and against Defendant Coheann.

**IT IS FURTHER ORDERED THAT**

1. Chanel is awarded statutory damages in the amount of $2,238,624.50.

2. Chanel is awarded attorney's fees in the amount of $15,257.50.

3. Chanel is awarded investigative fees in the amount of $6,175.03.

4. Chanel is awarded costs in the amount of $325.00.

5. Defendant Coheann and his respective officers, agents, servants, and

employees and representatives, and all persons acting in concert and participation with him, are hereby restrained and enjoined, from: manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods; bearing any trademarks owned by Chanel; using any trademarks owned by Chanel in connection with the sale of any unauthorized goods; using any logo, and/or layout that may be calculated to falsely advertise his services or products as being sponsored by, authorized by, endorsed by, or in any way associated with Chanel; falsely representing themselves as being connected with Chanel, through sponsorship or association; engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Defendant Coheann are in any way endorsed by, approved by, and/or associated with Chanel; using any reproduction, counterfeit, copy, or colorable imitation of any trademark owned by Chanel in connection with the publicity, promotion, sale, or advertising of any goods sold by Defendant Coheann including, but not limited to, handbags, wallets, bracelets, earrings, necklaces, costume jewelry, and sunglasses; affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent Defendant Coheann's goods as being those of Chanel, or in any way endorsed by Chanel; offering such goods in commerce; and from otherwise unfairly competing with Chanel; and effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

6. The domain names EDesignerHandbags.net, WorldBagsExpress.com, AccessoriesPlus1.com, Spicybags.com, Bolsos-Accesorios.com, BolsosyAccesorios.com, StyleDiva.net, X-Bags.net, Fashionzone.info, RodeoDriveReplicas.com, Replicamoda.com, and OnlineFashionTrends.com shall be cancelled by the Registrar or, at Chanel's election, transferred to Chanel.

IT IS FURTHER **ORDERED** that Chanel attempt to serve Defendant with the above Order within a reasonable time.


DATE:   4-7-08                                                                  /s/ Robert B. Kugler
                                                                                    ROBERT B. KUGLER
                                                                                    U.S. DISTRICT JUDGE